IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| AMY GWARA, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-111-TES |
| | * |
| B&G EQUIPMENT COMPANY, | |
| | * |
| Defendant. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 14, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 17Th day of May, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk